UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTY PINEDA; RAUL PINEDA, and, RAUL ESCALANTE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGON NATIONAL INSURANCE,<br><br>Defendant. | CASE NO. 2:23-cv-77<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT |

This matter came before the Court on the parties' Stipulation to Amend Complaint under Fed. R. Civ. P. 15(2). Dkt. No. 11. The motion is GRANTED, and it is ORDERED that the Plaintiff shall file the amended complaint attached to the parties' stipulation within one week after the entry of this order.

Dated this 11th day of May, 2023.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT - 1