1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTY PINEDA, an individual; RAUL ESCALANTE, an individual,<br>                   Plaintiffs,<br><br>     v.<br><br>INTEGON NATIONAL INSURANCE, a foreign corporation doing business in Washington State,<br><br>                   Defendant. | CASE NO. 2:23-cv-77<br><br>ORDER DISMISSING CASE |

     This matter comes before the Court on Plaintiffs Christy Pineda and Raul Escalante, and Defendant Integon National Insurance's Stipulation For And Order of Dismissal. Dkt. No. 16. The parties cite no rule but stipulate that "an order may be entered herein dismissing the above-entitled action, with prejudice and without costs" because the matter "has been settled and the settlement is reasonable." *Id*. The Court construes the parties' motion as a voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court having reviewed the stipulated dismissal hereby:

     ORDERS that this action is dismissed with prejudice and without fees or costs to any party. This case is CLOSED.

ORDER DISMISSING CASE - 1

Dated this 17th day of October, 2023.

                              Jamal N. Whitehead
                              United States District Judge

ORDER DISMISSING CASE - 2